UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KHALED KADRY,

               Plaintiff,

-against-

COLUMBIA UNIVERSITY MEDICAL
CENTER, et al.,

               Defendants.

No. 21-CV-809 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court-ordered mediation in this case was held and agreement was reached on all issues.  Accordingly, the Clerk of the Court shall mark this action closed, subject to any party's request to re-open filed within thirty days.

**SO ORDERED.**

Dated:     September 13, 2021
            New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1